JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JESSICA WALSH,** | **Case No.:** 2:25-cv-02868-E |
| Plaintiff, | ~~**[PROPOSED]**~~ **ORDER** |
| v. | **HON. CHARLES F. EICK** |
| **DISCOVER BANK; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC** | |
| Defendant. | |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant EQUIFAX INFORMATION SERVICES LLC to be, and is, dismissed with prejudice.  Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  __6/12/26_____

_____
**HON. CHARLES F. EICK**
UNITED STATES DISTRICT COURT JUDGE